MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA 95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003
msegal@segalandkirby.com
jmayo@segalandkirby.com

Attorneys for Defendant
KIEDOCK KIM

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:10-CR-0255 GEB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| FRENCH GULCH NEVADA MINING CORPORATION, BULLION RIVER GOLD CORPORATION, PETER MARTIN KUHN, and KIEDOCK KIM, | _____ |
| Defendants.<br>_____/ | |

The defendant, KIEDOCK KIM, through his counsel of record, Segal & Kirby LLP, and plaintiff United States of America, through its counsel, Assistant United States Attorney Samuel Wong, agree and stipulate that the Status Conference currently set for September 16, 2011, at 9:00 a.m. may be continued until November 18, 2011, at 9:00 a.m. in order to permit the defendant the continued opportunity to provide reciprocal discovery to the government, to permit the government the opportunity to evaluate information recently provided by the defense to the government in a meeting between counsel, and to prepare the case for further proceedings.

The parties agree a continuance is necessary for these purposes, and accordingly, both parties further agree and stipulate that time should be excluded from the date of the parties' stipulation, August 25, 2011, through November 18, 2011, from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (ongoing preparation of defense counsel) due to the need to provide defense counsel with the reasonable time to prepare and to provide reciprocal discovery and further information to the government taking into account the exercise of due diligence. Both parties agree that the ends of justice served by the granting of such continuance outweigh the interests of the public.

**IT IS SO STIPULATED.**

Dated: August 25, 2011          Respectfully submitted,

**SEGAL & KIRBY LLP**

By: /s/ Malcolm Segal
MALCOLM SEGAL
Attorneys for Defendant
KIEDOCK KIM

Dated: August 25, 2011     By: /s/ Samuel Wong
SAMUEL WONG
Assistant United States Attorney (per authorization)

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the Status Conference currently set for September 16, 2011, at 9:00 a.m. be continued to November 18, 2011, at 9:00 a.m.. Based upon the representation of the parties, including defense counsel, and good cause appearing therefrom, the Court hereby finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, and

the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is therefore ordered that the time from August 25, 2011, up to and including the November 18, 2011, Status Conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (ongoing preparation of defense counsel).

Dated: August 31, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge