```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2772
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
                                    )  No. 2:10-CR-255 GEB
11  UNITED STATES OF AMERICA,       )
                                    )  **STIPULATION AND ORDER CONTINUING**
12            Plaintiff,            )  **HEARING ON DEFENDANT KIEDOCK**
                                    )  **KIM'S MOTION TO DISMISS CERTAIN**
13       v.                         )  **COUNTS OF THE INDICTMENT,**
                                    )  **AMENDING THE BRIEFING SCHEDULE,**
14  FRENCH GULCH NEVADA MINING      )  **AND EXCLUDING TIME UNDER THE**
    CORPORATION, et al.,            )  **SPEEDY TRIAL ACT**
15                                  )
              Defendants.           )
16                                  )
17  _____
18
19
20       It is hereby stipulated by and between plaintiff United
21  States of America, on the one hand, and defendant Kiedock Kim, on
22  the other hand, through their respective undersigned counsel
23  that:  (1)the presently set May 18, 2012, hearing on Kim's motion
24  to dismiss certain counts of the Indictment shall be continued to
25  July 20, 2012, at 9:00 a.m.; (2) the United States response to
26  Kim's motion shall be filed by June 22, 2012; and (3) Kim's
27  reply, if any, shall be filed by July 6, 2012.  This continuance
28  is requested to provide the parties time to attempt to negotiate
                                   1
```

a pretrial resolution of the case and, in the event the case is not resolved, provide the United Sates additional time to respond to Kim's dismissal motion.  The parties further stipulate and agree that computation of time within which the trial of this matter must be commenced shall continue to be excluded under 18 U.S.C. § 3161(h)(1)(D) and Local Code E due to Kim's pending motion to dismiss.

DATED:  May 3, 2012                    /s/ Malcolm S. Segal

                                       _____
                                       MALCOLM S. SEGAL
                                       Attorney for Defendant
                                       Kiedock Kim

Dated:  May 3, 2012                    BENJAMIN B. WAGNER
                                       UNITED STATES ATTORNEY

                                       /s/ Samuel Wong
                                By:    _____
                                       SAMUEL WONG
                                       Assistant U.S. Attorney

ORDER

The Court having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. It is ordered that: (1) the presently set May 18, 2012, hearing on Kim's motion to dismiss certain counts of the Indictment shall be continued to July 20, 2012, at 9:00 a.m.; (2) the United States' response to Kim's motion shall be filed by June 22, 2012; and (3) Kim's reply, if any, shall be filed by July 6, 2012.

It is further ordered that computation of time within which the trial of this matter must be commenced shall continue to be excluded under 18 U.S.C. § 3161(h)(1)(D) and Local Code E due to Kim's pending motion to dismiss through the conclusion of the hearing on, or other prompt disposition of, such motion.

Dated: May 4, 2012

GARLAND E. BURRELL, JR.
United States District Judge