```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2772
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
                                    )   No. 2:10-CR-255 GEB
11  UNITED STATES OF AMERICA,       )
                                    )   STIPULATION AND ORDER CONTINUING
12           Plaintiff,             )   HEARING ON DEFENDANT KIEDOCK
                                    )   KIM'S MOTION TO DISMISS CERTAIN
13       v.                         )   COUNTS OF THE INDICTMENT,
                                    )   AMENDING THE BRIEFING SCHEDULE,
14  FRENCH GULCH NEVADA MINING      )   AND EXCLUDING TIME UNDER THE
    CORPORATION, et al.,            )   SPEEDY TRIAL ACT
15                                  )
             Defendants.            )
16                                  )
17  ─────────────────────────────
18
19
20       It is hereby stipulated by and between plaintiff United
21  States of America, on the one hand, and defendant Kiedock Kim, on
22  the other hand, through their respective undersigned counsel
23  that:  (1) the presently set July 20, 2012, hearing on Kim's
24  motion to dismiss certain counts of the Indictment shall be
25  continued to September 7, 2012, at 9:00 a.m.; (2) the United
26  States' response to Kim's motion shall be filed by August 10,
27  2012; and (3) Kim's reply, if any, shall be filed by August 24,
28  2012.  This continuance is requested to provide the parties time
```

1

1 | to attempt to negotiate a pretrial resolution of the case and, in
2 | the event the case is not resolved, provide the United States
3 | additional time to respond to Kim's dismissal motion.  The
4 | parties further stipulate and agree that computation of time
5 | within which the trial of this matter must be commenced shall
6 | continue to be excluded under 18 U.S.C. § 3161(h)(1)(D) and Local
7 | Code E due to Kim's pending motion to dismiss.

DATED:  June 20, 2012
                                /s/ Malcolm S. Segal
                                _____
                                MALCOLM S. SEGAL
                                Attorney for Defendant
                                Kiedock Kim

Dated:  June 20, 2012           BENJAMIN B. WAGNER
                                UNITED STATES ATTORNEY

                                /s/ Samuel Wong
                        By:     _____
                                SAMUEL WONG
                                Assistant U.S. Attorney

ORDER

The Court having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. It is ordered that: (1) the presently set July 20, 2012, hearing on Kim's motion to dismiss certain counts of the Indictment shall be continued to September 7, 2012, at 9:00 a.m.; (2) the United States' response to Kim's motion shall be filed by August 10, 2012; and (3) Kim's reply, if any, shall be filed by August 24, 2012.

It is further ordered that computation of time within which the trial of this matter must be commenced shall continue to be excluded under 18 U.S.C. § 3161(h)(1)(D) and Local Code E due to Kim's pending motion to dismiss through the conclusion of the hearing on, or other prompt disposition of, such motion.

Dated: June 22, 2012

GARLAND E. BURRELL, JR.
United States District Judge