```
1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FRENCH GULCH NEVADA MINING CORPORATION, et al., <br><br> Defendants. | No. 2:10-CR-255 GEB <br><br> **STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT KIEDOCK KIM'S MOTION TO DISMISS CERTAIN COUNTS OF THE INDICTMENT, AMENDING THE BRIEFING SCHEDULE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

It is hereby stipulated by and between plaintiff United States of America, on the one hand, and defendant Kiedock Kim, on the other hand, through their respective undersigned counsel that: (1) the presently set September 7, 2012, hearing on Kim's motion to dismiss certain counts of the Indictment shall be continued to November 16, 2012, at 9:00 a.m.; (2) the United States' response to Kim's motion shall be filed by November 2, 2012; and (3) Kim's reply, if any, shall be filed by November 9, 2012. This continuance is requested to provide the parties time

1

to attempt to negotiate a pretrial resolution of the case and, in the event the case is not resolved, provide the United States additional time to respond to Kim's dismissal motion. The United States has made a proposal to Kim to resolve the case and Kim desires additional time to consider the proposal. The parties further stipulate and agree that computation of time within which the trial of this matter must be commenced shall continue to be excluded under 18 U.S.C. § 3161(h)(1)(D) and Local Code E due to Kim's pending motion to dismiss.

DATED: September 4, 2012

/s/ Malcolm S. Segal

_____
MALCOLM S. SEGAL
Attorney for Defendant
Kiedock Kim

Dated: September 4, 2012  BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Samuel Wong
By: _____
SAMUEL WONG
Assistant U.S. Attorney

2

ORDER

The Court having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. It is ordered that: (1) the presently set September 7, 2012, hearing on Kim's motion to dismiss certain counts of the Indictment shall be continued to November 16, 2012, at 9:00 a.m.; (2) the United States' response to Kim's motion shall be filed by November 2, 2012; and (3) Kim's reply, if any, shall be filed by November 9, 2012.

It is further ordered that computation of time within which the trial of this matter must be commenced shall continue to be excluded under 18 U.S.C. § 3161(h)(1)(D) and Local Code E due to Kim's pending motion to dismiss through the conclusion of the hearing on, or other prompt disposition of, such motion.

Dated: September 10, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge