1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRENCH GULCH NEVADA MINING CORPORATION, et al.,<br><br>　　　　Defendants. | No. 2:10-CR-255 TLN<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT KIEDOCK KIM'S MOTION TO DISMISS CERTAIN COUNTS OF THE INDICTMENT, AMENDING THE BRIEFING SCHEDULE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Hon. Troy L. Nunley |

　　Whereas, the parties desire additional time to negotiate a settlement in this case, but that goal has been made more difficult due to the effect that certain felony convictions might have on defendant's Kiedock Kim's immigration status in the United States;

　　Whereas, defense counsel desires more time to explore the possibility of a resolution of this case that might allow Kim to remain in the United States after this case is resolved;

　　Whereas, both parties desire additional time to attempt to negotiate a resolution of this case without the necessity of the Court considering and resolving defendant Kiedock Kim's motion to

1

dismiss certain counts of the Indictment, and

Whereas, the United States desires additional time to respond to Kim's motion, in the event that the parties are unable to settle this case,

It is hereby stipulated by and between plaintiff United States of America, on the one hand, and Kim, on the other hand, through their respective undersigned counsel that: (1) the presently set October 3, 2013, hearing on Kim's motion to dismiss certain counts of the Indictment shall be continued to December 12, 2013, at 9:30 a.m.; (2) the United States' response to Kim's motion shall be filed by November 21, 2013; and (3) Kim's reply, if any, shall be filed by December 5, 2013. This continuance is requested to provide the parties time to attempt to negotiate a pretrial resolution of the case and, in the event the case is not resolved, provide the United States additional time to respond to Kim's dismissal motion. The parties have made offers and counteroffers to resolve the case and, while the parties are moving closer to resolution of the case, additional time is need to more fully explore a settlement resolution as there are sentencing guidelines and immigration issues that remain unresolved. The parties further stipulate and agree that

///

///

///

computation of time within which the trial of this matter must be commenced shall continue to be excluded under 18 U.S.C. § 3161(h)(1)(D) and Local Code E due to Kim's pending motion to dismiss.

DATED: September 20, 2013     /s/ Malcolm S. Segal
                              _____
                              MALCOLM S. SEGAL
                              Attorney for Defendant
                              Kiedock Kim
                              (per telephone authorization)

Dated: September 20, 2013     BENJAMIN B. WAGNER
                              UNITED STATES ATTORNEY

                              /s/ Samuel Wong

                         By:  SAMUEL WONG
                              Assistant U.S. Attorney

**ORDER**

The Court having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. It is ordered that: (1) the presently set October 3, 2013, hearing on Kim's motion to dismiss certain counts of the Indictment shall be continued to December 12, 2013, at 9:30 a.m.; (2) the United States' response to Kim's motion shall be filed by November 21, 2013; and (3) Kim's reply, if any, shall be filed by December 5, 2013.

It is further ordered that computation of time within which the trial of this matter must be commenced shall continue to be excluded under 18 U.S.C. § 3161(h)(1)(D) and Local Code E due to Kim's pending motion to dismiss through the conclusion of the hearing on, or other prompt disposition of, such motion.

Dated: September 23, 2013

Troy L. Nunley
United States District Judge