```
1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2772

5  Attorneys for Plaintiff
   United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-255-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE AND CONTINUING MOTION HEARING DATE |
| v. | |
| FRENCH GULCH NEVADA MINING CORPORATION, ET AL., | Court: Hon. Troy L. Nunley |
| Defendants. | |

Whereas, the United States desires additional time to respond to defendant Kiedock Kim's motions to dismiss Counts One and Four of the Indictment,

It is hereby stipulated, by and between the parties, through their respective counsel, that the previously set briefing schedule shall be amended and the motion hearing date rescheduled as follows:

1. The United States shall have until December 26, 2013, to file its response to the defense motion;

2. Defendant Kim shall have until January 9, 2014, to file any reply in support of his motion; and

///

///

STIPULATION AND ORDER AMENDING
BRIEFING SCHEDULE

1

3. The hearing on defendant Kim's motion to dismiss shall be continued from December 12, 2013, to January 16, 2014, at 9:00 a.m.

DATED: November 25, 2013

/s/ Malcolm Segal

By: MALCOLM SEGAL
Attorney for Defendant
Kiedock Kim

DATED: November 25, 2013

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Samuel Wong

SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the representations and stipulations of the parties, and good cause appearing therefrom, the Court adopts the parties' stipulation in its entirety as its Order.

IT IS SO ORDERED.

Dated: November 26, 2013

_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER AMENDING
BRIEFING SCHEDULE

2